motion for leave to proceed further *in forma pauperis*, denied. *Mr. Robert H. McNeill* for petitioners. No appearance for the United States.

No. 790. W. J. SAVAGE Co. *v.* KNOXVILLE ET AL. April 2, 1934. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Norman B. Morrell* for petitioner. *Messrs. Charles H. Smith* and *W. H. Peters, Jr.,* for respondents.

No. 821. FINDLAY ET AL. *v.* FLORIDA EAST COAST RY. Co. ET AL. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Sam R. Marks* and *Francis M. Holt* for petitioners. *Messrs Jesse E. Waid, John C. Cooper, Jr., N. P. Adair, Martin H. Long, Robert H. Anderson, E. J. L'Engle, J. W. Shands,* and *Cloyd LaPorte* for respondents.

No. 789. GENERAL PAINT CORP. *v.* KRAMER. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. W. H. Orrick, A. A. Davidson, Preston C. West,* and *Charles E. Townsend* for petitioner. *Messrs. A. J. Biddison, Harry Campbell,* and *John H. Cantrell* for respondent.

No. 803. DINUBA ASSOCIATES, LTD. *v.* KILLEFER MANUFACTURING Co. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Wm. S. Hodges* for petitioner. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for respondent.